

GOVERNMENT EXHIBIT

8