

GOVERNMENT EXHIBIT
9