09:35

← ⬇ 🗑 ✉ ⋮

# Your Madison Gold & Guns Order Confirmation (#1702) ➤ Inbox ☆



**M** **Madison Gold & Guns** Jan 9
to me ⌄                                  ↩ ⋮

| | |
|---|---|
| From | Madison Gold & Guns · info@madisonguns.com |
| Reply-to | info@madisonguns.com |
| To | ▮▮▮▮▮▮▮▮ |
| Date | Jan 9, 2021, 09:50 |
| 🔒 | Standard encryption (TLS). View security details |

## Thanks for Your Order

ℹ️ Your order ID is **#1702**.

## Shipping Address Billing Address

**Matthew Greene**          **Matthew Greene**

Syracuse, New York 13206 Syracuse, New York 13206
United States                   United States

## Your Order Contains...

||| ○ ‹

GOVERNMENT EXHIBIT

PENGAD 800-631-6989

11



09:35

# Thanks for Your Order

Your order ID is **#1702**.

## Shipping Address    Billing Address

**Matthew Greene**          **Matthew Greene**

Syracuse, New York 13206   Syracuse, New York 13206
United States              United States

## Your Order Contains...

| Cart Items | SKU | Qty | Item Price | Item Total |
|---|---|---|---|---|
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain FMJ M193 CASE 1000 Rounds - FREE SHIPPING PROMO | PTGB556 | 1 | $849.50 USD | $849.50 USD |

**Subtotal:  $849.50 USD**

**Shipping:  $0.00 USD**

**Grand Total:  $849.50 USD**

Payment Method:  NMI

**Madison Gold & Guns**
https://madisonguns.com/

Madison Gold & Guns is powered by BigCommerce. Launch your
own store for free with BigCommerce.

09:34

← ⬇ 🗑 ✉ ⋮

# Your Madison Gold & Guns Order Has Been Updated (#1702) ▸ Inbox ☆

**Madison Gold & Guns** Jan 11
to me ⌄ ↰ ⋮

From    Madison Gold & Guns · info@madisonguns.com

Reply-to   info@madisonguns.com

To

Date    Jan 11, 2021, 15:59

🔒   Standard encryption (TLS).
View security details

## Order Status Changed

Hi Matthew

An order you recently placed on our website has had its status changed.

The status of order #1702 is now **Shipped**

### Order Details

**Order Total:**   $849.50 USD
**Date Placed:**   9th Jan 2021
**Payment Method:** NMI

### Products shipped

| Cart Items | SKU | Qty |
|---|---|---|
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain | | |

III     ◯     ‹

# Order Status Changed

Hi Matthew

An order you recently placed on our website has had its status changed.

The status of order #1702 is now **Shipped**

## Order Details

**Order Total:**       $849.50 USD
**Date Placed:**       9th Jan 2021
**Payment Method:** NMI

## Products shipped

| Cart Items | SKU | Qty |
| --- | --- | --- |
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain FMJ M193 CASE 1000 Rounds - FREE SHIPPING PROMO | PTGB556 | 1 |

## Shipment Tracking Numbers / Links

- 782487354824 (Free Shipping)

**Madison Gold & Guns**
https://madisonguns.com/

Madison Gold & Guns is powered by BigCommerce. Launch your own store for free with BigCommerce.



| ← Reply | ← Reply all | → Forward |



