

GOVERNMENT EXHIBIT 13

09:34

or Visit our store

## Order summary



BreatheSafe - Gas Mask Replacement Filter Set - Will Ship February 25th × 1 — $39.99



The BreatheSafe Respirator / Gas Mask Kit - Will Ship January 15th × 1 — $149.00

$188.99
$21.95
$0.00

**$210.94 USD**

Customer information



## Customer information

**Shipping address**
Matthew Greene
syracuse NY 13206
United States

**Billing address**
Matthew Greene
Syracuse NY 13211
United States

**Shipping method**
Accelerated Priority Delivery - Delivery in 3-5 Business Days

**Payment method**
Paypal — **$210.94**