

GOVERNMENT
EXHIBIT

14

PENGAD 800-631-6989