

GOVERNMENT
EXHIBIT

15